# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**KERILYN E. DOUGLAS**
on behalf of SMD

                            **Plaintiff**

vs.                                                          **CASE NUMBER: 8:11-CV-836**
                                                                                             **(NAM/DRH)**

**COMMISSIONER OF SOCIAL SECURITY**

                            **Defendant**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Consent Order entered in this action, the decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g). This action is DISMISSED in accordance with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

All of the above pursuant to the Consent Order of the Honorable United States District Judge Norman A. Mordue, dated the 24th day of April, 2012.

DATED: April 25, 2012

                                                                           Clerk of Court

                                                                           s/ Melissa Ennis
                                                                           Melissa Ennis
                                                                           Deputy Clerk