UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KERILYN DOUGLAS o/b/o S.M.D.,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 11-0836
Hon. Norman A. Mordue

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Howard D. Olinsky for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Tomasina DiGrigoli, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of six thousand six hundred dollars and no cents ($6,600.00) in attorney's fees, the Court having reviewed the record in this matter;

IT IS on this 2nd day of July, 2012;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of six thousand six hundred dollars and no cents ($6,600.00) in attorney's fees. Fees are payable to plaintiff, but if plaintiff does not owe a debt subject to offset under the Treasury Offset Program, payable to the attorney.

/s/ Norman A. Mordue
NORMAN S. MORDUE, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ Tomasina DiGrigoli
Tomasina DiGrigoli
Special Assistant U.S. Attorney
Bar No. 514002

OLINSKY LAW GROUP

By: /s/ Howard D. Olinsky
Howard D. Olinsky
Attorney for Plaintiff
Bar No. 102297